**Order entered August 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00432-CV

## IN THE ESTATE OF FRILEY S. DAVIDSON, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-09-3999-1**

## ORDER

Before the Court is appellee's August 13, 2015 motion to dismiss the appeal or, in the alternative, submit the appeal without the reporter's record and appellant's August 24, 2015 response. On June 4, 2015, the court reporter filed a letter stating that she had received neither a request nor payment for the reporter's record. On that same date, this Court notified appellant by letter to provide, within ten days, notice that appellant had requested preparation of the reporter's record and written verification that appellant has paid or made arrangements to pay the reporter's fee or written documentation that appellant has been found to be entitled to proceed without payment of costs. We cautioned appellant that if we did not receive the requested documentation within the time specified, the Court may order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). In his response to appellee's motion, appellant asks the Court to allow him the opportunity to request and pay for the reporter's record.

We **DENY** appellee's motion. On the Court's own motion, we **ORDER** appellant to file, by **SEPTEMBER 4, 2015**, documentation showing that he has requested and paid or made arrangements to pay the reporter's fee. We caution appellant that if the Court does not receive the required documentation within the time specified, we will order the appeal submitted without the reporter's record.

If payment for the reporter's record is made, Jackie Galindo, Official Court Reporter for the Probate Court No. 1, shall file the reporter's record by **SEPTEMBER 24, 2015**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Galindo and all counsel of record.

/s/     ELIZABETH LANG-MIERS
         JUSTICE